FILED

01/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0481

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0481

C. EDWARD BUMGARNER,

Plaintiff and Appellant,

v.

CITY OF CHOTEAU BOA,

Defendant and Appellee.

FILED

JAN 29 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant has filed a Motion to Voluntarily Dismiss Appeal stating he no longer wishes to pursue his appeal. Good cause appearing,

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE.

DATED this 29th day of January, 2021.

For the Court,

_____
Chief Justice